[No. 4161–II.   Division Two.   July 14, 1980.]

TACOMA COMMUNITY COLLEGE FEDERATION OF TEACHERS, AFL–CIO, *Respondent,* v. COMMUNITY COLLEGE DISTRICT NO. 22, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 266778, William L. Brown, Jr., J., entered June 8, 1979. *Remanded with instructions* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[No. 3667–II.   Division Two.   July 14, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER J. ADLINGTON–KELLY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 9929, Robert D. McMullen, J., entered September 1, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, A.C.J., and Petrich, J.

[No. 3457–7–III.   Division Three.   July 15, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN SIMMS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3853, Fred R. Staples, J., entered May 1, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 3786–II.   Division Two.   July 16, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK D. JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6610, Frank L. Price, J., entered September 21, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.